**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:                                                                                          Case No. 09-61250

Otter Tail AG Enterprises, LLC

                                                                                                      Chapter 11
           Debtor.

---

**NOTICE OF INTENTION TO SEEK EXPEDITED HEARING**

---

The Debtor in the above Chapter 11 case, gives notice that it intends to seek expedited hearings on the following matters (check all that apply):

- ☐ JOINT MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF RELATED BANKRUPTCY CASES

- ☐ MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND CERTAIN LISTS REQUIRED BY BANKRUPTCY RULE 1007(c)

- ☒ MOTION RE MAINTENANCE OF BANK ACCOUNTS AND EXISTING CASH MANAGEMENT SYSTEMS

- ☒ MOTION TO PAY PRE-PETITION WAGES, SALARIES, AND RELATED BENEFITS

- ☒ MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL

- ☐ MOTION FOR APPROVAL OF POST-PETITION SECURED AND SUPER PRIORITY FINANCING PURSUANT TO SECTION 364(c) OF THE BANKRUPTCY CODE

- ☒ MOTION, PURSUANT TO SECTION 366 OF THE BANKRUPTCY CODE, FOR ENTRY OF INTERIM ORDER (1) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND (2) RESTRAINING UTILITY COMPANIES FROM DISCONTINUING, ALTERING, OR REFUSING SERVICE

- ☐ MOTION FOR ORDER ESTABLISHING NOTICE AND ADMINISTRATIVE PROCEDURES

- ☒ MOTION FOR ORDER AUTHORIZING THE RETENTION OF PROFESSIONALS

- ☐ MOTION FOR ORDER AUTHORIZING THE FILING OF DOCUMENTS UNDER SEAL

_☐_ MOTION FOR ORDER AUTHORIZING PAYMENT OF CERTAIN PREPETITION CUSTOMER CLAIMS IN THE ORDINARY COURSE OF BUSINESS (E.G. GIFT CERTIFICATES, LAYAWAY CLAIMS, WARRANTY CLAIMS, REFUND POLICIES)

_☐_ MOTION FOR ORDER AUTHORIZING PAYMENT OF SALES AND USE TAXES

_☐_ MOTION FOR ORDER AUTHORIZING DEBTORS TO RETURN GOODS PURSUANT TO SECTION 546(g) OF THE BANKRUPTCY CODE

_☐_ MOTION FOR ORDER AUTHORIZING PAYMENT OF CUSTOMS DUTIES

_☐_ MOTION FOR ORDER AUTHORIZING PAYMENT OF CONTRACTORS IN SATISFACTION OF LIENS

_☐_ MOTION FOR ORDER AUTHORIZING DEBTORS TO HONOR CERTAIN PREPETITION CLAIMS OF SHIPPERS, FREIGHT HANDLERS AND WAREHOUSERS

_☐_ MOTION FOR ORDER PERMITTING DEBTOR TO HONOR WORKERS' COMPENSATION PROGRAMS AND PAY INSURANCE OBLIGATIONS

_☐_ MOTION FOR ORDER APPROVING THE ESTABLISHMENT OF RECLAMATION PROCEDURES

_☐_ MOTION FOR ORDER REJECTING LEASES

OTHERS (List):

_☐_ MOTION FOR AN ORDER TO ESTABLISH ELECTRONIC MAIL PROCEDURES

Date: _October 30, 2009_____          MACKALL, CROUNSE & MOORE, PLC

                                                            By: /e/Timothy D. Moratzka_____
Timothy D. Moratzka (#75036)
Mychal A. Bruggeman (#345489)
1400 AT&T Tower
901 Marquette Ave
Minneapolis, MN 55402
(612) 305-1400
(612) 305-1414

1125403.1-MAB