**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **NOTICE OF APPEARANCE AND** |
| Otter Tail Ag Enterprises, LLC, | ) | **REQUEST FOR NOTICE** |
| | ) | |
| Debtor. | ) | Bankruptcy No. 09-61250 |

James L. Wiant, Attorney at Law, of the law firm of Rinke-Noonan, hereby makes his appearance as attorney for MMCDC New Markets Fund II, LLC, a creditor in the above-entitled bankruptcy, pursuant to Rules 2002(g) and 9010(b) and Local Rule 2002-5 and requests that all notices and papers (including pleadings, motions, applications, orders, financial and other reports) be served upon the undersigned at the address and telephone number set forth below.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive nor does it waive (i) any right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) any right to a jury trial in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, at law or in equity, all of which are expressly reserved.

Dated: October 30, 2009          RINKE-NOONAN

By     /e/ James L. Wiant
James L. Wiant, #116774
Attorney for MMCDC New Markets Fund II, LLC
1015 West St. Germain St., Suite 300
P.O. Box 1497
St. Cloud, MN  56302
(320) 251-6700