UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Otter Tail AG Enterprises, LLC, | ) | Case No. BKY 09-61250 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Matthew A. Swanson of the law firm of Leonard, Street and Deinard Professional Association hereby appears in the above-captioned bankruptcy case as counsel for an ad hoc committee of a majority of holders (the "<u>Ad Hoc Committee of Bondholders</u>") of $20,000,000 Subordinate Exempt Facility Revenue Bonds, Series 2007A (Otter Tail Ag Enterprises, LLC Ethanol Plant Project), issued under that certain indenture dated as of May 1, 2007 among Otter Tail County, Minnesota, as issuer, and U.S. Bank National Association, as Trustee, and requests that he be added to the mailing list maintained by the Clerk in this case, and that all notices given or required to be given in this case be given to, and served upon the Ad Hoc Committee of Bondholders at the following address:

Ad Hoc Committee of Bondholders
Attn: Matthew A. Swanson
Leonard, Street and Deinard
*Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, MN  55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
E-mail: matthew.swanson@leonard.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notice of any orders, pleadings, motions, applications, complaints, demands, hearing,

1

6424284v1

requests or petitions, answering or reply papers, memoranda and briefs in support of any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by e-mail, mail, hand delivery, facsimile or telephone.

Dated:  November 3, 2009                    */e/ Matthew A. Swanson*
                                                         Matthew A. Swanson (#0389613)
**LEONARD, STREET AND DEINARD**
*Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
Facsimile:  (612) 335-1657

**ATTORNEYS FOR THE AD HOC COMMITTEE OF BONDHOLDERS**

2

6424284v1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Otter Tail AG Enterprises, LLC, | ) | Case No. BKY 09-61250 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I, Callie M. Bird, declare, under penalty of perjury, that on November 3, 2009, I filed a **NOTICE OF APPEARANCE (MATTHEW A. SWANSON)** with the Clerk of Bankruptcy Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

**Phillip Kunkel**; phillip.kunkel@gpmlaw.com
**Jessica A. Mitchell**; jessica.mitchell@gpmlaw.com
**James L. Wiant**; jwiant@Rnoon.com
**Timothy D. Moratzka**; tdm@mcmlaw.com
**Michael Fadlovich**; michael.fadlovich@usdoj.gov
**US Trustee**; ustpregion12.mn.ecf@usdoj.gov

Dated: November 3, 2009         /e/ Callie M. Bird
                                Callie M. Bird

6424284v1