## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In re:                                                      Case No. 09-61250-DDO

Otter Tail AG Enterprises, LLC
                                                            Chapter 11

                        Debtor.

## ORDER GRANTING EXPEDITED RELIEF AND INTERIM USE OF CASH COLLATERAL

This matter came before the undersigned United States Bankruptcy Judge on the Debtor's Motion for (I) Expedited Relief, and (II) Interim and Final Orders Authorizing Debtor to Use Cash Collateral (the "Motion"). Appearances are noted on the record.

Based on the pleadings, testimony, and arguments of counsel, and having determined that the Debtors' offer of adequate protection constitutes adequate protection of the secured parties' interests under 11 U.S.C. § 361 and 363.

IT IS HEREBY ORDERED:

1.      The Debtor's Motion for expedited relief is granted.

2.      Debtor is authorized to use cash, including cash collateral, subject to the liens of AgStar Financial Services, Inc. (AgStar) and New Market Funds II (NMF), in payment of ordinary course operating expenses consistent with the projections attached to the Motion through and including the latter of December 3, 2009 or date of entry of an order following the final hearing on the Motion.

Dated:       November       5, 2009          /e/ Dennis D. O'Brien
                                             _____
                                             United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 11/05/2009
Lori Vosejpka, Clerk, By DLR, Deputy Clerk